# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 2/10/2011                                                                  Case Number 2:11-cv-87
Case Style: Nye vs. Bayer CropScience
Type of hearing TRO Hearing
Before the honorable: 2513-Goodwin
Court Reporter Teresa Harvey                                                     Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government William V. DePaulo


Attorney(s) for the Defendant(s) Mike Fisher and Thomas J. Hurney, Jr.


Law Clerk Emma Case                                                              Probation Officer

## Trial Time


## Non-Trial Time

Motions hearing (without evidence). Type:


## Court Time

3:15 pm    to 3:25 pm
1:55 pm    to 3:00 pm
Total Court Time: 1 Hours 15 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled start time 2:00 p.m.
Actual start time 1:55 p.m.

MOTION HEARING
Counsel for parties present
MOTION by Robin Blakeman, Lisa Bragg, Paula Clendenin, Sue Davis, Sarah Elliott, Warne Ferguson, Barbara Frierson, Denise Giardina, Mike Harman, Regina Hendrix, Mildred Holt, Jim Lewis, James R. Mitchell, Maya Nye, Beverly Steenstra, Donna Willis for Temporary Restraining Order [Docket 2]
Agrument by Pltfs
Agrument by Deft
Pltfs address nuisance law
Court confirms time frame for the production of the product
Court in recess
End time 3:00 p.m.

Start time 3:15 p.m.
Motion for Temporary Restraining Order [Docket 2]; GRANTED
$10,000 bond must be posted by the Pltfs.

## District Judge Daybook Entry

TRO is valid for 14 days.
A motion for preliminary injunction must be filed by 5:00 p.m. on February 14, 2011
Responses due by 5:00 p.m. on February 18, 2011
Replies due by 5:00 p.m. on February 21, 2011
An evidentiary hearing will be set for February 25, 2011 @ 9:00 a.m.
A discovery hearing is set before Magistrate Judge Stanley on February 11, 2011 at 10:00 a.m.
End time 3:25 p.m.