IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MAYA NYE, et al.,

          Plaintiffs,

v.                            CIVIL ACTION NO. 2:11-cv-00087

BAYER CROPSCIENCE, L.P.,

          Defendant.

**ORDER**

For reasons appearing to the court, a pretrial conference is **SCHEDULED** for **February 18, 2011 at 1:00 p.m.** in chambers. All counsel of record are directed to appear in person. The parties shall not appear for this matter.

Counsel should be prepared to discuss tentative exhibit and witness lists for the February 25, 2011 preliminary injunction hearing.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

          ENTER:      February 17, 2011

          Joseph R. Goodwin, Chief Judge