# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 2/18/2011                                              Case Number 2:11-cv-87
Case Style: Nye vs. Bayer CropScience
Type of hearing Pretrial Conference
Before the honorable: 2513-Goodwin
Court Reporter Teresa Harvey                                 Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government William V. DePaulo


Attorney(s) for the Defendant(s) Michael M. Fisher and A. L. Emch


Law Clerk Emma Case                                          Probation Officer

### Trial Time


### Non-Trial Time

Pretrial conference (including settlement and telephone conferences).


### Court Time

1:00 pm   to 2:20 pm
Total Court Time: 1 Hours 20 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

Scheduled start time 1:00 p.m.
Actual start time 1:00 p.m.

Counsel for parties present
re:  Preliminary Injunction
Parties discuss tentative exhibit and witness list
End time 2:20 p.m.