```
Court Name: US District Court/SDWV
Division: 2
Receipt Number: CHAR001592
Cashier ID: ident
Transaction Date: 02/23/2011
Payer Name: WILLIAM DEPAULO
------------------------------------
TREASURY REGISTRY
 For: WILLIAM DEPAULO
 Case/Party: D-WVS-2-11-CV-000087-001
 Amount:         $10,000.00
RETURNED CHECK FEE
 For: WILLIAM DEPAULO
 Case/Party: D-WVS-2-11-CV-000087-001
 Amount:         $45.00
------------------------------------
CHECK
 Check/Money Order Num: 17792843
 Amt Tendered: $10,045.00
------------------------------------
Total Due:      $10,045.00
Total Tendered: $10,045.00
Change Amt:     $0.00

TRO BOND
CHECK RECOVERY

Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A 45 fee will
```