January 9, 2009

Mr. Jeff Funke
Area Director
Charleston Area Office
U.S. Department of Labor/ OSHA
405 Capitol Street, Suite 407
Charleston, WV 25301

Re: Inspection of Bayer CropScience Institute Plant

Dear Mr. Funke:

In response to your request for documents dated January 7, 2009 enclosed are the following:

| REQ. # / ITEM # | DESCRIPTION | TRADE SECRET, ETC. |
|---|---|---|
| Req. 18 Item 3 | All documents and correspondence, Relating to the selection of, and any change of, target dates and/or resolution dates for Methomyl risk sheet/action items numbered 25, 31, 35, 37, 40, 42, 45 & 46 from the dated of the completion of the 2004 PHA to date, including all dates on which target dates/resolution dates were changed, and all reasons for such changes. This request specifically includes, but is not limited to, all electronically stored responsive information, including information contained on the BAT System and on Excel Spreadsheets. | X |

The document(s) marked "X" in the column headed "Trade Secret, Etc." contain trade secret, proprietary or business confidential information protected by 29 U.S.C. § 664, Section 15 of the Occupational Safety and Health Act of 1970; the Trade Secrets Act, 18 U.S.C. § 1905; and the OSHA trade secret regulation at 29 C.F.R. § 1903.9.

The confidentiality of the document(s) marked "X" may be disclosed only to those government employees having a bona fide need for access to the document(s), and may not be disclosed or made available to any member of the public in any form, whether directly or indirectly, or by summary or analysis.

Sincerely,

For Bayer CropScience

OSHA1313

**BCS-006690**