

Bayer CropScience Business Confidential

Document 2c

OSHA1482

**BCS-006662**

