

Bayer CropScience Business Confidential        Document 2b        OSHA1481

BCS-006661

