**APPENDIX D**

**SCHEDULE DURING THE TWO PLANT VISITS**

# Dr. M. Sam Mannan, PE, CSP
# Itinerary
# February 27, 2011 through March 3, 2011

## Sunday, February 27, 2011

Depart College Station, TX via Houston, TX for Charleston, WV

## Monday, February 28, 2011

| | |
|---|---|
| 9:00 am | Bayer Crop Science, meet Jim Covington, Director QHSE, at reception desk- Hazard orientation and drive through to Building 2, room 233 |
| 9:40 am | Steve Hedrick, VP and site manager |
| 11:35 am | Pat Ragan, BP QHSE Region Americas |
| 1:15 pm | Horst Siffrin, Director Production |
| 2:15 pm | Mike Curry, PSM Coordinator /Pat Ragan, BP QHSE Region Americas |
| 3:30 pm-6:00 pm | MIC Tour |
| 7:00 pm | Return to hotel |

## Tuesday, March 1, 2011

| | |
|---|---|
| 8:15 am | Eddie Baughman, Shift Leader |
| 9:25 am | Doug Jones, Head of Emergency Services & Site Security |
| 10:20 am | Jeff Tyler, Technical Advisor |
| 11:15 am | Nate Kimmerle, Unit Manager, Methomyl/Larvin Production |
| 12:30 pm | Tom Dover, Public Affairs & Tenant Services Manager |
| 12:50 pm | Lennie Scott, Environmental Manager; and Brian Schmidt, Environmental Specialist, QHSE |
| 1:30 pm | Vinay Devgon, Head of Engineering |
| 2:15 pm | Mike Curry, PSM Coordinator /Pat Ragan, BP QHSE Region Americas |

| | |
|---|---|
| 3:03 pm | CW Sigman, Fire Coordinator/ Deputy Emergency Manager; Kanawha County Commission ** |
| 4:15 pm | Clarence Litton, Shift Team Leader |
| 5:28 pm | MIC Operator - Fred Robinson ** |
| 6:18 pm | Methomyl Operator – Dan Arnott ** |
| 7:48 pm | Methomyl Operator – Byron Keith Howze ** |
| 8:43 pm | Return to hotel |

## Wednesday, March 2, 2011

| | |
|---|---|
| 8:18 am | Methomyl Operator - Carl Speck ; Joe Davenport, Union Representative ** |
| 9:06 am | Walt Martin, Maintenance and Utility Manager |
| 9:53 am | Ralph Casto, Union President; Joe Davenport, Union Representative |
| 10:35 am | MIC Operator -  Mike Persinger; Joe Davenport, Union Representative ** |
| 11:15 am- 12:00 pm Production | Visit MIC Unit, Richard Lewis, Steve Fierbaugh and Horst Siffrin, Director |
| 12:15 pm | Vinay Devgon, Head of Engineering |
| 12:10 pm | Connie Stewart, Head of Management Systems |
| 1:25 pm | Bhadresh Prajapati, Materials Engineer and Mechanical Integrity Leader |
| 2:15 pm | Steve Hedrick, VP & Head, Institute Industrial Park (Steve Kostos, Engineer-PSV sizing was present for a portion of this meeting) |
| 3:15 pm | Depart Bayer Crop Science |
| 5:33 pm | Return to College Station, TX |

**Note: Jim Covington, Director QHSE was present for all meetings except those noted with ****

**Dr. M. Sam Mannan, PE, CSP**
**Itinerary**
**March 9-10, 2011**

### Wednesday, March 9, 2011

Depart College Station, TX via Houston, TX for Charleston, WV

### Thursday, March 10, 2011

| | |
|---|---|
| 8:55 am | Bayer Crop Science, meet Jim Covington, Director QHSE, at reception desk- and drive through to Building 2, room 233 |
| 9:00 am-9:05 am | Steve Hedrick, VP and site manager |
| 9:05 am | Vinay Devgon, Pat Ragan and continue until noted |
| 10:30 am | Mike Curry joins and leaves at 1:20 pm |
| 11:15 am | Richard Lewis joins and leaves at 1:25 pm |
| 11:55 am | Horst Siffrin joins and leaves at 12:10 pm |
| 12:15 pm | Nate Kemmerle joins and leaves at 1:25 pm |
| 2:30 pm | Vinay Devgon leaves |
| 2:35 pm | Steve Jones |
| 3:00 pm | Drive through the MIC unit with Jim Covington |
| 3:15 pm | Depart Bayer CropScience and travel back to College Station, TX |

**Note: Jim Covington, Director QHSE was present for all the meetings on March 10, 2011.**