**APPENDIX E**

**PICTURES TAKEN DURING FIRST PLANT VISIT**



1.  Looking east toward SEVIN unit from MIC control room parking lot.  Orange banded pipe on rack is MIC piping



2. Looking east toward SEVIN unit from MIC control room parking lot. Orange banded pipe on rack is MIC piping



3.  Looking at northeast corner of plant.  Long narrow structures are reactors.  Building: Sampling building for continuous monitoring system.



4.  Sampling buildings (perimeter monitoring analyzers)



5. North end of unit.  Vessel to right is part of the emergency vent scrubber.  Main ribbed structure in center is a reactor.  Perimeter monitoring system delivery system. (Note: Because of rain, fog on lens creating condensation that looks like gas).



6.  Steam ammonia curtain for north side of structure.



7.  Bottom of east end of unit: Large tower is MIC refining still.  Picture shows three levels of steam ammonia curtain on east side of structure.



8.  Middle of east end of unit.  Note water deluge surrounding the MIC refining still.



9. Dr. Mannan, Richard Lewis, Horst Siffrin and Jim Covington in front of east side of processing unit.



10. Close up of bottom east side of unit.



11. Dr. Mannan, Richard Lewis, Horst Siffrin and Jim Covington Looking North at east side of MIC unit.  Pipe rack with orange sign goes to TEMIK and SEVIN units.  New system is chloroform cooling system replacing brine cooling on four process heat exchangers.



12. Looking at main street east of unit.



13. Looking south east of unit.  Note the
height guard indicating clearance.



14. Close up detail of bottom of east end of
    unit.  Note Ammonia/steam spray in
    yellow curbing



15. Looking at south east end of unit.  Steam ammonia curtain.  Ambient air analyzer points



16. Open area west of main unit. Richard Lewis in frame. East end of 5 psi blast resistant building over underground storage left of frame.



17. Looking at west end of unit towards north. Vertical vessel to right is part of the emergency vent scrubber.  Horizontal vessel is part of scrubber system.



18. Looking at west side of unit towards north.  Vertical vessel to right is part of emergency vent scrubber. Horizontal vessel is part of scrubber system. Fog in photo is lens condensation because of rain.



19. Looking at west side of MIC unit.  Steam ammonia curtain on west side of unit. Fog is lens condensation from rain.



20. Detail of steam ammonia curtain around blast resistant building over MIC storage.



21. Detail of steam ammonia curtain around blast resistant building over MIC storage.



22. Part of sampling system for on-line analysis of MIC in
the building over MIC storage.  Cabinet is gas tight,
purged and monitored for MIC.



23. On-line GC analyzing MIC purity.  System moves MIC through small tubing to the analyzer.



24. On-line GC analyzer measuring purity of MIC.  This analyzer is in a positive pressure building that is monitored for MIC, LEL, and oxygen.



25. On-line GC analyzer.  Notice small tubing delivery system of MIC to analyzer.



26. Horst Siffrin, Jim Covington, Richard Lewis, and Dr. Sam Mannan discussing monitoring system in sampling room.  Ventilation system for room in view.



27. In the right window the analyzers are visible.  These analyzers are
    monitoring tank annular space and annular spaces on jacketed
    transfer piping.



28. In the MIC manifold building (5-psi blast resistant) above
    MIC underground storage, looking onto a tank cooler.
    Dr. Sam Mannan in background.



29. Looking at one of the canned pumps in the MIC manifold building (5-psi blast resistant) above MIC underground storage.  The pump is a seal-less design.



30. More piping details in the MIC manifold building (5-psi blast resistant)
    above MIC underground storage (looking west from east end of room).



31. More piping details in the MIC manifold building (5-psi blast resistant) above MIC underground storage (looking west from east end of room).



32. Canned pump detail in the MIC manifold building (5-psi blast resistant) above MIC underground storage. Pump is a seal-less design.



33. Canned pump detail in the MIC manifold building (5-psi blast resistant) above MIC underground storage.



34. Looking north in storage building at remote isolation valves in and out of underground MIC storage tanks. Richard Lewis in foreground.



35. Looking at west end of inside of the MIC manifold building (5-psi blast
    resistant) above MIC underground storage at air hoses for breathing
    air.  Notice camera mounted above door.