

36. Looking at remote camera on north wall of the MIC manifold building (5-psi blast resistant) above MIC underground storage.  The camera can be remotely moved (joy stick) by the control room for monitoring upper floor of the building.



37. Looking on to top of MIC storage vessel (underground).  Notice fire break (yellow) where piping flanges are connected to the tanks in the lower level.



38.  Looking on to top of MIC storage vessel (underground).  Tank attached to piping through fire break isolating above ground manifold building from underground MIC storage.



39.  Looking at west side of the MIC manifold building (5-psi blast resistant) above MIC
     underground storage.



40.  Looking at piping above old underground storage - replaced by new system.



41. Part of MIC storage cooling system – north of the MIC manifold building (5-psi blast resistant).



42.  Dr. Mannan and Richard Lewis looking at primary refrigeration system used for
cooling MIC underground storage tank.



43.  Primary refrigeration unit for cooling the process while in operation.  This unit is the backup supply of cooling if the storage refrigeration fails.



44.  West end of MIC unit, looking on main scrubber.



45.  Emergency vent scrubber surge tank, part of pretreatment before flare.



46. East end of MIC unit, with yellow curbing, which includes the steam ammonia system.

46



47.  Three Scott air packs in the event emergency control is needed in control room, and regular air supply is down.



48.  Outer door in control room to breathing air stations.



49.  Inside cabinet, breathing air



50.  Richard Lewis pointing out deluge system in the MIC manifold building (5-psi blast resistant) above MIC underground storage to Dr. Mannan.



51.  Nozzle detail in the MIC manifold building (5-psi blast resistant) above MIC underground storage for deluge system.



52. Detail for water mist in the MIC manifold building .



53.  Nozzle detail for misting system in the MIC manifold building.



54. Dr. Mannan, Richard Lewis, Horst Siffrin and Jim Covington discussing MIC manifold
    building details



55.  Detail of remote shut-off valves over underground MIC storage tanks.



56.  Dr Mannan in MIC manifold building.



57.  Outside MIC manifold building.  Note ventilation louvers for
     controlled ventilation and isolation of building atmosphere.



58.  West end of unit (sunny day).



59.  Backup breathing air outside of MIC manifold building.



60.  Exhaust blower for carbon filter for post clean up of MIC
      manifold building air.



61.  Carbon scrubber vessel for post cleanup of MIC building air.
     Jim Covington to right.



62.  Lockout/tagout control system in MIC control
     room.



63. New foam truck.



64.  New foam truck.



65.  New foam truck.



66.  New foam truck and plant ambulance/EMS truck.



67. Plant EMS vehicle.



68.  Plant EMS vehicle.



69.   New foam truck showing foam nozzles.



70. New foam truck showing foam nozzles.