UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

MAYA NYE, et al.

        Plaintiffs,

        v.                                           Case No. 2:11-cv-00087

BAYER CROPSCIENCE, L.P.,

        Defendant.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

The Defendant having filed neither an answer nor a motion for summary judgment, this notice of dismissal without prejudice, pursuant to Rule 41 (a)(1)(A)(i), Fed. R. Civ. Proc., is filed on behalf of all named plaintiffs in the February 14, 2011 Amended Complaint [DOC 37], except WARNE FERGUSON, who is filing a Second Amended Complaint contemporaneous with this notice.

Specifically, this notice of dismissal without prejudice is filed by, and on behalf of, the following named plaintiffs in the February 14, 2011 Amended Complaint: MAYA NYE, LISA BRAGG, SUE DAVIS, REGINA HENDRIX, MILDRED HOLT, JIM LEWIS, BEVERLY STEENSTRA, ROBIN BLAKEMAN, PAULA CLENDENIN, SARAH ELLIOTT, JAMES R. MITCHELL, DENISE GIARDINA, MIKE HARMAN, DONNA WILLIS, KATHERINE SUE DAVIS, AND BARBARA FRIERSON.

/s/William V. DePaulo
William V. DePaulo, Esq.  #995
179 Summers Street, Suite 232
Charleston, WV 25301
Tel: 304-342-5588
Fax: 304-342-5588
william.depaulo@gmail.com

Counsel for Plaintiffs