IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

WAYNE FERGUSON,

        Plaintiff,

v.                              CIVIL ACTION NO.  2:11-cv-00087

BAYER CROPSCIENCE, L.P.,

        Defendant.

**JUDGMENT ORDER**

In accordance with the accompanying order [Docket 122] granting Bayer CropScience, L.P.'s Motion for Summary Judgment, the court ORDERS that judgment be entered in favor of the defendant, and that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:       September 28, 2011

Joseph R. Goodwin, Chief Judge